IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10CR238-RJC-DSC-9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MILTON EARL ADAMS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice" (Doc. 298) filed September 23, 2011 requesting admission of Attorney Roger J. Rosen to represent Defendant. For the reasons set forth therein, the Motion is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: October 3, 2011

David S. Cayer
United States Magistrate Judge