IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CR-00238-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| MILTON EARL ADAMS (9) | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's pro se motions for a hearing regarding his plea, (Doc. No. 568), and to withdraw his plea, (Doc. No. 578).

The defendant is currently represented by counsel. (Doc. No. 548: Appointment of Counsel). Local Criminal Rule 47.1(H) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel in the presence of a judicial officer.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motions for a hearing on his plea and to withdraw his guilty plea are **DENIED** without prejudice to be pursued by counsel if deemed advisable.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: June 6, 2013

Robert J. Conrad, Jr.
United States District Judge