IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CR-00238-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MILTON EARL ADAMS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion, (Doc. No. 766), to seal certain documents in his case, (Doc. Nos. 568, 611, 645, 696, 744, and 748).

The Court finds the defendant has established a compelling interest to seal Docket Numbers 568, 744, and 748. In re Time, Inc., et al., 182 F.3d 270, 271-272 (4th Cir. 1999). Docket Numbers 611, 645, and 696 relate to standard procedural issues which the defendant has not shown a compelling interest to seal.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 766), is **GRANTED in part** and **DENIED in part**, and Docket Numbers 568, 744, and 748 shall be **SEALED** with access to only the defendant and the government pending further order of the Court.

Signed: May 2, 2017

Robert J. Conrad, Jr.
United States District Judge