IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CR-00238-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MILTON EARL ADAMS (9) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon another motion of the defendant pro se for a reduction of sentence based on retroactive amendments to the United States Sentencing Guidelines regarding drug offenses. (Doc. No. 773).

The Court previously granted the defendant the sentence reduction he requested pursuant to Amendment 782. (Doc. No. 696: Motion; Doc. No. 711: Amended Motion; Doc. No. 739). That Order was entered April 22, 2016, and then, more than a year later, the defendant filed the instant motion claiming the Court erred in calculating the amended guideline range. (Doc. No. 773 at 6). The remedy for such alleged error would have been to appeal the Order, which the defendant failed to do.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 773), is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant, counsel for the defendant, the Federal Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge