UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00238-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| MILTON EARL ADAMS (9) | ) | |

**THIS MATTER** is before the Court upon a motion of the defendant for early termination of his supervised release. (Doc. No. 831). The motion recites that the United States Attorney and the United States Probation Office do not oppose the requested relief.

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. The defendant was sentenced to a five-year term of supervised release which began on or about April 2, 2021. (Doc. No. 649: Judgment at 3). According to the motion, the defendant has served his time without incident, is working, and is taking care of his family. Therefore, the Court finds good cause to terminate supervised release early.

**IT IS, THEREFORE, ORDERED** that the motion, (Doc. No. 831), is **GRANTED**.

The Clerk is directed to certify copies of this order to the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: April 26, 2024

Robert J. Conrad, Jr.
United States District Judge